UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

STREAMLINED CONSULTANTS, INC. d/b/a
STREAMLINED CONSULTANTS; AND MOSHE
SCHOENWALD,                                                                  Case No. 7:21-cv-9528-KMK

                        Plaintiffs,

              - against -

EBF HOLDINGS, LLC d/b/a EVEREST BUSINESS
FUNDING d/b/a EBF,

                        Defendant.
_____

**EBF HOLDINGS, LLC'S NOTICE OF MOTION
FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law; Declaration of David A. Picon in Support of EBF Holdings, LLC's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11, and the exhibits thereto; and the Declaration of Alexandra Reyes in Support of EBF Holdings, LLC's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11, and the exhibits thereto; Defendant EBF Holdings, LLC ("Everest"), by and through its undersigned attorneys, will and do hereby move this Court, before the Honorable Kenneth M. Karas, at the United States District Court for the Southern District of New York, 300 Quarropas St., White Plains, New York, at a date and time set by the Court, for an order imposing sanctions on Plaintiffs Streamlined Consultants, Inc., and Moshe Schoenwald, and Plaintiffs' counsel pursuant to Rule 11 of the Federal Rules of Civil Procedure.  Everest respectfully requests an opportunity to be heard at oral argument, on a date and at a time designated by the Court.

Dated: New York, New York
       December 21, 2022

Respectfully submitted,

*/s/ David A. Picon*
David A. Picon
Matthew J. Morris
William G. Fassuliotis
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036
Telephone: 212-969-3000
Facsimile: 212-969-2900
E-mail: dpicon@proskauer.com
mmoris@proskauer.com
wfassuliotis@proskauer.com

2