**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
STREAMLINED CONSULTANTS, INC. d/b/a
STREAMLINED CONSULTANTS, and MOSHE
SCHOENWALD,

                        Plaintiffs,
    -against-                                              21 **CIVIL** 9528 (KMK)

                                                                       **JUDGMENT**

EBF HOLDINGS, LLC d/b/a EVEREST BUSINESS
FUNDING d/b/a EBF, et. al.,

                        Defendants.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 8, 2023, EBF's Motion to Dismiss is granted. Because this is the second adjudication of Plaintiffs' claims, the claims are dismissed with prejudice. Also, EBF's Motion for Sanctions is granted; accordingly, the case is closed.

**Dated:**  New York, New York

      September 8, 2023

                                                                       **RUBY J. KRAJICK**
                                                                        **Clerk of Court**

                         **BY:**      *K. Mango*

                                                                          **Deputy Clerk**